MATTHEW PREVIN
matthewprevin@paulhastings.com
BRADLEY J. BONDI
bradbondi@paulhastings.com
MICHAEL MORRILL
michaelmorrill@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

CHRISTOPHER H. MCGRATH (SB# 149129)
chrismcgrath@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Attorneys for Defendant*
*Acima Digital, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABERIK HOLM, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACIMA CREDIT DIGITAL, LLC (f/k/a ACIMA CREDIT, LLC d/b/a ACIMA CREDIT LEASING),<br><br>Defendant. | CASE NO. 3:24-cv-02345-GPC-AHG<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS CLAIMS AND STAY INDIVIDUAL CLAIMS IN FAVOR OF ARBITRATION**<br><br>**Hon. Gonzalo P. Curiel**<br><br>Date: April 11, 2025<br>Time: 1:30 p.m.<br>Courtroom: 2D |

## TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF GABERIK HOLM AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that that on April 11, 2025, at 1:30 p.m. at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Courtroom 2D, 2nd Floor, or as soon as counsel may be heard in the above-titled Court, Defendant Acima Digital, LLC ("Acima") will and hereby does move for an order staying the proceedings; compelling Plaintiff Gaberik Holm ("Plaintiff") to submit his individual causes of action, as asserted in his Complaint, to mandatory arbitration; and dismissing the putative class claims asserted in the Complaint.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently-filed Declaration of Tyson Novakovich in Support Thereof, related documents filed in connection with this Motion, the papers and records on file in this action, and such other written or oral argument as may be presented to the Court.

DATED: January 7, 2025                                PAUL HASTINGS LLP

MATTHEW PREVIN
matthewprevin@paulhastings.com
BRADLEY J. BONDI
bradbondi@paulhastings.com
MICHAEL MORRILL
michaelmorrill@paulhastings.com
**Paul Hastings LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000

By: */s/ Christopher H. McGrath*
CHRISTOPHER H. MCGRATH
(SB #149129)
**Paul Hastings LLP**
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Attorneys for Defendant
Acima Digital, LLC*