Charles Field (SBN 189817)
SANFORD HEISLER SHARP MCKNIGHT
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
Email: cfield@sanfordheisler.com

CARNEY BATES & PULLIAM, PLLC
Randall K. Pulliam (admitted *pro hac vice*)
Lee Lowther (admitted *pro hac vice*)
Courtney Ross Brown (admitted *pro hac vice*)
One Allied Drive, Ste. 1400
Little Rock, AR, 72202
Telephone: (501) 312-8500
Email: rpulliam@cbplaw.com
Email: llowther@cbplaw.com
Email: cbrown@cbplaw.com

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABERIK HOLM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACIMA DIGITAL, LLC (F/K/A ACIMA CREDIT, LLC, D/B/A ACIMA LEASING),<br><br>Defendant. | Case No.: 3:24-cv-02345-GPC-DTF<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Hon. Gonzalo P. Curiel** |

| | |
|---|---|
| 1 | The parties inform the Court they have reached an agreement in principle to resolve |
| 2 | this action. No later than July 24, 2025, Plaintiff will either file a notice of dismissal |
| 3 | with prejudice or the parties will inform the Court they were unable to reach a final |
| 4 | agreement and will resume litigating the case. For these reasons, the parties |
| 5 | respectfully request the Court vacate the hearing set for July 18, 2025. |

Dated: July 10, 2025                  */s/ Lee Lowther*
                                                   CARNEY BATES & PULLIAM, PLLC
                                                   Randall K. Pulliam*
                                                   Lee Lowther*
                                                   Courtney Ross Brown*
                                                   One Allied Drive, Suite 1400
                                                   Little Rock, AR, 72202
                                                   Telephone: (501) 312-8500
                                                   Email: rpulliam@cbplaw.com
                                                   Email: llowther@cbplaw.com
                                                   Email: cbrown@cbplaw.com

                                                   JACOBSON PHILLIPS PLLC
                                                   Joshua R. Jacobson*
                                                   2277 Lee Road, Ste. B
                                                   Winter Park, FL 32789
                                                   Telephone: (321) 447-6461
                                                   Email: joshua@jacobsonphillips.com

                                                   SANFORD HEISLER SHARP MCKNIGHT
                                                   Charles Field (SBN 189817)
                                                   7911 Herschel Avenue, Suite 300
                                                   La Jolla, CA 92037
                                                   Telephone: (619) 577-4252
                                                   Email: cfield@sanfordheisler.com

                                                   *admitted *pro hac vice*

                                                   *Attorneys for Plaintiff*

JOINT NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: July 10, 2025 | */s/ Matthew P. Previn* |
| 2 | | Matthew P. Previn* |
| | | matthewprevin@paulhastings.com |
| 3 | | Bradley J. Bondi* |
| 4 | | bradbondi@paulhastings.com |
| | | Michael Morrill* |
| 5 | | michaelmorrill@paulhastings.com |
| 6 | | PAUL HASTINGS LLP |
| | | 200 Park Avenue |
| 7 | | New York, New York 10166 |
| 8 | | Telephone: (212) 318-6000 |
| 9 | | Christopher H. Mcgrath (SB #149129) |
| 10 | | chrismcgrath@paulhastings.com |
| | | PAUL HASTINGS LLP |
| 11 | | 4655 Executive Drive, Suite 350 |
| 12 | | San Diego, CA 92121 |
| | | Telephone: (858) 458-3000 |
| 13 | | Facsimile: (858) 458-3005 |
| 14 | | |
| 15 | | *admitted *pro hac vice* |
| 16 | | *Attorneys for Defendant* |
| 17 | | *Acima Digital, LLC* |

JOINT NOTICE OF SETTLEMENT